**Order filed January 21, 2015.**



In The

# Fourteenth Court of Appeals

_____

NOS. 14-15-00032-CR
14-15-00033-CR

_____

**LINDA WOODMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 147th District Court
Travis County, Texas
Trial Court Cause Nos. D-1-DC-14-904028, D-1-DC-14-904029**

## ORDER

The reporter's record in this case was due **December 31, 2014**. *See* Tex. R. App. P. 35.1.

On **January 05, 2015**, **Shana Wise** filed a motion for extension of time to file the record in case number **14-15-00032-CR** which was granted until **February 05, 2015**. She did not file a motion for extension of time to file the record in case

number **14-15-00033-CR,** which has a current reporter's record due date of **December 31, 2014** and is currently past due.

Kimberly Lee has not filed a motion for extension of time in either case number which have a current record due date of **December 31, 2014** and are currently past due.

We order **Shana Wise** and **Kimberly Lee**, the court reporters, to file the record in both appeals **within 30 days** of the date of this order.

PER CURIAM